# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

---

No. 17-10957
Summary Calendar

---

D.C. Docket No. 3:16-CR-448-1

United States Court of Appeals
Fifth Circuit

**FILED**

September 18, 2017

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

      Plaintiff - Appellee

v.

JEFFREY NDUNGI SILA,

      Defendant - Appellant

      Appeals from the United States District Court for the
Northern District of Texas, Dallas

Before DAVIS, CLEMENT, and COSTA, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal.

It is ordered that appellant's motion for bail pending trial is DENIED.



**Certified as a true copy and issued
as the mandate on Sep 18, 2017**

**Attest:** *Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**