IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEFFREY NDUNGI SILA | No. 3:16-CR-448-B (01) |

## GOVERNMENT'S RESPONSE

The government has reviewed the defendant's amended judgment and payment history and requested that $2,286.39 be returned to him—with $1,805.19 to be returned via the Treasury Offset Program (TOP).  The refund will be returned to the defendant in accordance with the standard operating procedures of TOP and the Clerk of Court.[1]

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

*/s/ Fabio Leonardi*
FABIO LEONARDI
Assistant United States Attorney
New York State Bar No. 4902938
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8815
Facsimile: 214-659-8809
Email: fabio.leonardi@usdoj.gov

---

[1] The government, however, does not represent or warrant that this refund will be paid to the defendant—as it can only warrant that it requested payment.  The refund may be captured and applied to any other obligation or debt in which the United States is authorized to collect pursuant to TOP.

## CERTIFICATE OF SERVICE

On March 30, 2023, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court for the Northern District of Texas using the electronic case filing system of the Court. I hereby certify that I have served all parties electronically or by another manner in accordance with Fed. R. Civ. P. 5, Fed. R. Crim. P. 49, and the Miscellaneous Order on Electronic Case Filing (ECF)—including service via first-class mail to the defendant as follows:

Jeffrey Ndungi Sila
Shawnee, KS[2]

/s/ Fabio Leonardi
FABIO LEONARDI
Assistant United States Attorney

---

[2] Pursuant to Fed. R. Crim. P. 49.1, the address of the defendant has been redacted to the city and state to prevent public disclosure. Upon request of the Court, the full addresses will be provided *in camera*.