UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | §<br>§<br>§ | |
| | § | CRIMINAL ACTION NO: |
| v. | § | 3:16-CR-448-B |
| | § | |
| JEFFREY NDUNGI SILA,<br>    Defendant. | §<br>§<br>§ | |

## ORDER

Before the Court is Jeffrey Ndungi Sila's ("Sila") Request for Refund of Part of Special Assessment Fees and Restitution. Doc. 232. After consideration of the request and the government's response (Doc. 236), the Court finds that Sila should be refunded the amount of $500 by the Clerk of Court and the amount of $1,786.39 by the Treasury Offset Program through its standard operating procedures.

**SO ORDERED**.

**SIGNED:** April 4, 2023.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

1